

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-17-00095-CR**

**RAYFORD BERNARD SMITH,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 16-04025-CRF-85**

## ABATEMENT ORDER

Rayford Smith was convicted of the offense of continuous sexual abuse of a young child. *See* TEX. PENAL CODE ANN. § 21.02 (West 2011). The record in this appeal has not yet been filed. We have been provided documentation by the trial court, however, that indicates Smith was represented by counsel at trial but that Smith subsequently filed a pro se notice of appeal. Further, we have no indication whether trial counsel has withdrawn from representing Smith or whether new counsel has been appointed to represent Smith on appeal.

Accordingly, this case is abated to the trial court to hold a hearing within **21 days** from the date of this order to consider whether Smith is indigent, whether trial counsel continues to represent Smith on appeal, and if not, whether to appoint new counsel for Smith. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051, 26.04 (West 2005 & 2009). Clerk's and Reporter's Records containing the trial court's written or oral findings and rulings, if any, are ordered to be filed within **35 days** from the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal abated
Order issued and filed April 5, 2017

